BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6840
   FAX: (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0127 WHO |
|    Plaintiff, | |
| v. | **NOTICE OF DISMISSAL AS TO DEFENDANT FRANKIE MILLER** |
| FRANKIE MILLER, | |
|    Defendant. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Four and the Forfeiture Allegation of the Superseding Indictment with respect to Defendant Frankie Miller only.

Dated March 17, 2016                           Respectfully submitted,

                                                                BRIAN J. STRETCH
                                                                Acting United States Attorney

                                                                 _____
                                                                 PHILLIP GUENTERT
                                                                 Deputy Chief, Criminal Division

NOTICE OF DISMISSAL AND ORDER OF DISMISSAL
CR 15-0127 WHO, United States v. Frankie Miller

**ORDER**

Leave is granted to the government to dismiss Count Four and the Forfeiture Allegation of the Superseding Indictment as to Defendant Frankie Miller only, and this count is dismissed as to Frankie Miller.

IT IS SO ORDERED.

DATED: March 18, 2016

HON. WILLIAM H. ORRICK
United States District Judge